# Court of Appeals
# of the State of Georgia

ATLANTA,  May 09, 2012

*The Court of Appeals hereby passes the following order:*

**A12I0213.  ALLSTATE INSURANCE COMPANY v. LINDA WILLIS.**

**A12I0214.   LINDA WILLIS v. ALLSTATE INSURANCE COMPANY.**

In this action on an insurance contract, the trial court entered an order in which it granted partial summary judgment to AllState Insurance Company on Linda Willis's claims of fraud and promissory estoppel, and denied summary judgment on Willis's remaining claims.  The trial court's order also denied Allstate Insurance Company's motion to exclude the opinion testimony of a witness and its motion in limine and granted plaintiff's motion in limine.  In Case No. A12I0213, Allstate Insurance Company seeks interlocutory review of the trial court's order denying its pretrial motions. In Case No. A12I0214, Willis seeks review of the trial court's order granting partial summary judgment to Allstate Insurance Company on her fraud and promissory estoppel claims.

Under OCGA § 9-11-56 (h), the grant of partial summary judgment on any issue or as to any party is reviewable by direct appeal.  *Olympic Dev. Group v. American Druggists' Ins. Co.*, 175 Ga. App. 425 (1) (333 SE2d 622) (1985).  Thus, the order that Willis seeks to appeal is directly appealable and not subject to the interlocutory appeal requirements.  Moreover, all rulings within that order and any other non-final rulings entered in the case may also be raised as part of such a direct appeal.  See OCGA § 5-6-34 (d); *Southeast Ceramics v. Klem,* 246 Ga. 294, 295 (1) (271 SE2d 199) (1980).  "This Court will grant a timely application for interlocutory review if the order complained of is subject to direct appeal and the applicants have not otherwise filed a notice of appeal." *Spivey v. Hembree*, 268 Ga. App. 485, 602

SE2d 246 (2004). Accordingly, application A12I0214 is ordered GRANTED.

In interlocutory application A12I0213, Allstate Insurance Company appeals the same order denying its evidentiary motions. This issue is properly before this Court by application for interlocutory appeal. However, because Willis seeks to appeal the same order in A12I0214, we hereby also GRANT application A12I0213 as a companion case to A12I0214.

The applicants shall have ten days from the date of this order to file notices of appeal in the superior court. If the applicants have already filed notices of appeal from the order at issue, they need not file second notices. The clerk of the superior court is directed to include a copy of this order in each of the records transmitted to this Court. And, these cases shall be adjudicated as companion cases in this Court.



*Court of Appeals of the State of Georgia*
     *Clerk's Office, Atlanta,* 05/09/2012
     *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
          *Witness my signature and the seal of said court hereto affixed the day and year last above written.*


_____ , *Clerk.*